UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER DECRAENE,

    Plaintiff,

v.

    CASE NO. 1:17-CV-718

    HON. ROBERT J. JONKER

WEBER & OLCESE, P.L.C. and
PORTFOLIO RECOVERY
ASSOCIATES, L.L.C.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment as to the Fair Debt Collection Practice Act claims is entered in favor of Defendants Weber & Olcese, P.L.C. and Porfolio Recovery Associates, L.L.C. and against Plaintiff Christopher DeCraene. Plaintiff DeCraene's state law claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1367(c)(3).

Dated:   March 1, 2018          /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE